1

2

3    O

4

5

6

7

8    UNITED STATES DISTRICT COURT

9    CENTRAL DISTRICT OF CALIFORNIA

10

11   KENRICK DALY,                    )   Case No. CV 11-1818-DSF (DTB)
                                       )
12               Petitioner,           )
                                       )
13        vs.                          )   ORDER ACCEPTING FINDINGS,
                                       )   CONCLUSIONS AND
14   FRANK X. CHAVEZ, Acting           )   RECOMMENDATIONS OF UNITED
     Warden,                           )   STATES MAGISTRATE JUDGE
15                                     )
                 Respondent.           )
16   ──────────────────────────────   )

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended

18   Petition, all the records and files herein, and the Report and Recommendation of the

19   United States Magistrate Judge.  Objections to the Report and Recommendation have

20   been filed herein by both petitioner and respondent.   Having made a de novo

21   determination of those portions of the Report and Recommendation to which

22   objections have been made, the Court concurs with and accepts the findings,

23   conclusions and recommendations of the Magistrate Judge.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1

1    IT THEREFORE IS ORDERED that petitioner's request for discovery and an

2    evidentiary hearing is denied and that Judgment be entered dismissing the First

3    Amended Petition with prejudice.

4    DATED: ___11/5/13_____

5

6                                        _____
                                         DALE S. FISCHER
7                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2