JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENRICK DALY,<br><br>        Petitioner,<br><br>      vs.<br><br>FRANK X. CHAVEZ, Acting Warden,<br><br>        Respondent. | Case No. CV 11-1818-DSF (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the First Amended Petition is dismissed with prejudice.

        11/5/13

DATED: _____

                                          *Dale S. Fischer*
                                          DALE S. FISCHER
                                          UNITED STATES DISTRICT JUDGE